UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICHARD CHRISTMAN,

        Plaintiff,

v.
                                          Case No. 25-cv-0327-bhl

BE'S REFRESHMENTS INC,

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

        On March 4, 2025, this action was transferred to the Eastern District of Wisconsin by the District of Arizona after that district determined it lacked personal jurisdiction over Defendant Be's Refreshments Inc. (ECF No. 18 at 10.) On June 16, 2025, Magistrate Judge Nancy Joseph informed Plaintiff Richard Christman that he must re-serve Be's Refreshments for the Court to acquire personal jurisdiction over it and noted that the 90-day timeframe for him to do so in Fed. R. Civ. P. 4(m) had already expired. (ECF No. 21 (citing *Michelson v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, 709 F. Supp. 1279, 1288 (S.D.N.Y. 1989).) She then ordered Christman to show cause within 21 days why he had not yet served Be's Refreshments and warned him that failure to comply would result in dismissal without prejudice. (*Id.*) Christman never responded to Judge Joseph's order. Accordingly, Judge Joseph recommended that this action be dismissed without prejudice for failure to prosecute. (ECF No. 22.)

        Pursuant to General L. R. 72(c), 28 U.S.C. §636(b)(1)(B) and (C), and Fed. R. Civ. P. 6(d) and 72(b)(2), Christman had until August 1, 2025 to file and serve written objections to the Magistrate Judge's Report and Recommendation. He has not filed any objections. Accordingly, the Court's review is limited, and the Report and Recommendation will only be rejected or modified if it is "clearly erroneous or contrary to law." 28 U.S.C. §636(b)(1)(A). The Court will adopt the Report and Recommendation of the Magistrate Judge. The record and relevant law support Judge Joseph's recommendation to dismiss Christman's complaint without prejudice for failure to prosecute.

Accordingly,

**IT IS HEREBY ORDERED** that Magistrate Judge Joseph's Report and Recommendation, ECF No. 22, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Christman's complaint is **DISMISSED without prejudice**. The Clerk is instructed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin on August 6, 2025.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge